UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>      v.<br><br>SEANYA D. HOLLIDAY,<br><br>                     Defendant. | **CASE NO.**<br>**20-M-776** |

## MOTION TO UNSEAL DOCUMENTS

The United States of America, by and through its attorneys, Matthew D. Krueger, the United States Attorney for the Eastern District of Wisconsin, and Andrew J. Maier, Assistant United States Attorney for said district, based on the completion of its investigation and no longer need for the documents to be sealed, hereby respectfully requests an Order unsealing the following documents filed in the above-captioned matter: (1) Criminal Complaint; (2) Affidavit for Criminal Complaint; and (3) Arrest Warrant. The basis for this motion is set forth below.

On December 17, 2020, the Honorable William C. Griesbach, Senior United States District Judge, issued an arrest warrant in Case No. 20-M-776, for the defendant Seanya D. Holliday (DOB XX/XX/1996). The arrest warrant was based on an Affidavit for Criminal Complaint and Criminal Complaint charging the defendant with traveling in interstate commerce from Brown County, Wisconsin, with intent to avoid prosecution under the laws of the State of Wisconsin for crimes that are felonies, including three counts of Attempted First Degree Intentional Homicide (Use of a Dangerous Weapon), in violation of Wisconsin Statutes Section 940.01(1)(a), 939.63, and 939.32. The investigation involving this matter has been completed, as the defendant was arrested in the State of Illinois. The defendant is currently being held awaiting extradition from Cook County,

Illinois. Sealing the above-mentioned documents is no longer necessary. The government respectfully requests the Court sign an order unsealing the above-mentioned documents.

Dated this 12th day of February 2021.

Respectfully submitted,

MATTHEW D. KRUEGER
United States Attorney

By:

*/s Andrew J. Maier*
Andrew J. Maier
Assistant United States Attorney
United States Attorney's Office
205 Doty Street, Suite 301
Green Bay, WI 54301
920-884-1066